OSCAR HYBARGER v. STATE.

No. A-1104.   Opinion Filed January 23, 1912.

Appeal from Garvin County Court; W. B. McMitchell, Judge.

Oscar Hybarger was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

Thompson & Patterson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was tried and convicted in the county court of Garvin county at the January, 1911, term, on a charge of unlawfully transporting intoxicating liquors, and on the 26th day of February, was adjudged to pay a fine of fifty dollars and be confined in the county jail for thirty days.   The only logical conclusion that can be arrived at from the testimony in this case is that the liquor plaintiff in error is charged with having transported was an interstate shipment, and was not intended for any unlawful purpose.   Under the doctrine of the Maynes case, recently announced by this court, and not yet officially reported, this judgment is reversed and the cause remanded with directions to be proceeded with according to law.

WALTER STEEN v. STATE.

No. A-1109.   Opinion Filed January 23, 1912.

Appeal from Tulsa County Court; N. J. Gubser, Judge.

Walter Steen was convicted of violating the prohibitory law, and appeals.   Affirmed.

Schaeffer & Kerrigan, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error, Walter Steen, was convicted in the county court of Tulsa county at the March, 1911, term, on a charge of selling intoxicating liquor, and on the 3rd day of said month adjudged by the court in accordance with the verdict of the jury to pay a fine of five hundred dollars and be confined in the county jail for a period of ninety days.   We have carefully examined the record and errors complained of, and find no errors sufficient to justify a reversal of this cause.   The judgment of the trial court is therefore affirmed.